AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Johnnie Frazier, | ) |
| *Plaintiff* | ) |
| v. | ) |
| James Blackwell *Warden in his individual and official capacity*; Joseph McFadden *Warden in his individual and official capacity*, | ) ) ) |
| *Defendants* | ) |

Civil Action No.      1:20-cv-03032-CMC

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary judgment is hereby entered for defendants, James Blackwell *Warden in his individual and official capacity* and Joseph McFadden *Warden in his individual and official capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the HonorableCameron McGowan Currie, Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the Defendants' motion for summary judgment.

Date:   April 27, 2021                              *Robin L. Blume, CLERK OF COURT*

                                                    s/L. Baker
                                      _____
                                              *Signature of Clerk or Deputy Clerk*